SAMUEL POLLOCK, Appellant, *v.* CENTRAL FISH COMPANY, Respondent.

*Pollock* v. *Central Fish Co.*, 173 App. Div. 967, affirmed.
(Argued October 14, 1918; decided October 29, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1916, unanimously affirming a judgment in favor of defendant, entered upon a verdict. The action was by an employee, under a written contract, for damages for wrongful discharge. The defense admitted the contract and the discharge, and relied solely upon justification owing to plaintiff's alleged misconduct.

*Abraham H. Sarasohn* for appellant.
*Anson Beard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.